### BENTLEY v. STATE.
#### No. 20187.

Court of Criminal Appeals of Texas.

Feb. 15, 1939.

Jack Acrey, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Conviction is for burglary; punishment, three years' confinement in the penitentiary.

The record is before us without a statement of facts or bill of exceptions, hence no question is presented for review. All matters of procedure appearing regular, the judgment will be affirmed.